# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, | |
| Plaintiff(s), | Case No. 2:14-cv-00108-JCM-NJK |
| vs. | ORDER RE: MOTION TO STRIKE |
| AERO II AVIATION, INC., et al., | |
| Defendant(s). | (Docket No. 22) |

Pending before the Court is a motion to strike Defendants' answer, counterclaims, and third party complaint. Docket No. 22. Since the filing of that motion, Defendants filed a notice of voluntary dismissal of their third party claims and counterclaims. *See* Docket No. 39. Defendant Aero II Aviation has also filed an answer signed by counsel. Docket No. 40. Accordingly, the Court hereby ORDERS Plaintiff to file, no later than April 30, 2014, either a notice that it is withdrawing its motion to strike or a notice indicating what relief sought in the motion to strike is not moot.

IT IS SO ORDERED.

DATED: April 28, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge