# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CC MEXICANO.US, LLC,

    Plaintiff(s),

v.

AERO II AVIATION, INC., et al.,

    Defendant(s).

2:14-CV-108 JCM (NJK)

## ORDER

Presently before the court are plaintiff CC.Mexicano US, LLC's motions to dismiss defendants' counterclaims and third-party complaint. (Docs. # 16 & 24). After these motions were filed, defendants voluntarily dismissed all of their counterclaims and third-party claims. (Doc. # 39). Therefore plaintiff's motions are now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motions to dismiss defendants' counterclaims and third-party complaint, (docs. # 16 & 24) be, and the same hereby are, DENIED as moot.

DATED July 1, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**