# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC MEXICANO.US, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>AERO II AVIATION, INC., et al.,<br><br>Defendant(s). | 2:14-CV-108 JCM (NJK) |

**ORDER**

Presently before the court are a report and recommendation issued by Magistrate Judge Koppe. (Doc. # 20). Following her report, the magistrate judge recommended that default judgment be entered against defendant Aero II Aviation, Inc. for failing to timely retain counsel. However, after the report and recommendation were issued, the court approved a stipulation by the parties to set aside the clerk's default against defendant Aero II and allow plaintiff to file an amended complaint, (doc. # 41), which rendered the instant recommendation moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the court declines to adopt the report and recommendation of Magistrate Judge Koppe, (doc. # 20), as they are now moot.

DATED July 29, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**