UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-0108-JCM-NJK |
| vs. | ) ORDER DENYING MOTION TO DISQUALIFY |
| AERO II AVIATION, INC., et al., | ) |
| Defendant(s). | ) (Docket Nos. 64, 72) |

Pending before the Court is Defendants' motion to disqualify Plaintiff's counsel. Docket No. 64. The parties have now filed a stipulation seeking to withdraw that motion. Docket No. 72. In light of that stipulation, the motion to disqualify is hereby **DENIED** without prejudice.[1]

IT IS SO ORDERED.

DATED: July 31, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The stipulation also seeks an order extending deadlines to respond to discovery. *See* Docket No. 72. Parties are free to stipulate to such an extension without Court approval, so long as the extension does not interfere with the time set for completing discovery, for hearing on a motion, or for trial. *See, e.g.*, Fed. R. Civ. P. 29(b). As none of those situations appears to apply, the request for a Court order extending the deadlines to respond to discovery is hereby **DENIED**.