1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**
9                             **DISTRICT OF NEVADA**
10
11   CC.MEXICANO.US, LLC,                    )
                                             )
12                    Plaintiff(s),          )        Case No. 2:14-cv-00108-JCM-NJK
                                             )
     vs.                                     )        ORDER GRANTING MOTION TO
13                                           )        APPEAR TELEPHONICALLY
     AERO II AVIATION, INC., et al.,         )
14                                           )        (Docket No. 82)
                     Defendant(s).           )
15   _____)

16          Pending before the Court is an emergency motion for Joseph Ganley and Jacob Reynolds to

17   appear telephonically at the hearing set for, tomorrow, August 28, 2014.  Docket No. 82.  The

18   motion is hereby GRANTED.  Mr. Ganley and Mr. Reynolds may appear telephonically at that

19   hearing by calling the Court conference line at 702-868-4906 at least five minutes prior to the

20   hearing.  The conference code is 123456.  In order to ensure a clear recording of the hearing, the call

21   must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are

22   prohibited.

23          IT IS SO ORDERED.

24          DATED: August 27, 2014

25                                              _____
26                                              NANCY J. KOPPE
                                                United States Magistrate Judge
27
28