UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC,Plaintiff(s), <br> vs. <br> AERO II AVIATION, INC., et al., <br>Defendant(s). | Case No. 2:14-cv-00108-JCM-NJK <br><br> ORDER DISCHARGING <br> ORDER TO SHOW CAUSE |

Pending before the Court is an order for Stephen Crittenden and his attorneys to show cause why they should not be sanctioned for Mr. Crittenden's violation of a clear Court order that he appear at the hearing held on August 28, 2014. *See* Docket No. 85. The Court has now received a response. Docket No. 86. In short, Mr. Crittenden and his counsel assert that they mistakenly believed that Mr. Crittenden's appearance at the hearing was no longer required because they were withdrawing the motion to withdraw as to him. *See id.* at 5. As counsel now acknowledges, however, the proper course would have been to file a request with the Court, *prior to the hearing*, to exempt Mr. Crittenden from appearing. *See id.* The Court takes Mr. Crittenden and his counsel at their word that they understand that error, and that it will not be repeated. Accordingly, the Court DISCHARGES the order to show cause. The Court cautions Mr. Crittenden and his counsel that the Court expects strict compliance with all Court orders and that future violations may result in the imposition of sanctions, up to and including case-dispositive sanctions.

IT IS SO ORDERED.

DATED: September 8, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge