# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, | |
| Plaintiff(s), | Case No. 2:14-cv-00108-JCM-NJK |
| vs. | ORDER DENYING IN PART MOTION TO EXTEND |
| AERO II AVIATION, INC., et al., | |
| Defendant(s). | (Docket No. 88) |

Pending before the Court is Defendants Aero II Aviation and George Blood's ("Defendants") motion for a 21-day extension of the deadline by which they were required to have new counsel file a notice of appearance in this case. *See* Docket No. 88. The Court already provided Defendants 30 days to have new counsel file a notice of appearance. *See* Docket No. 84. Moreover, at the hearing on previous counsel's motion to withdraw, it was represented to the Court that new counsel had already been identified. *See* Hearing Tr. (08/28/2014) at 3:05 p.m. (identifying Michael Infuso as new counsel). The pending motion fails to sufficiently explain why additional time is needed in light of the above. Since the deadline set by the Court has now passed and as a courtesy to Defendants, the Court will grant a 7-day extension. New counsel must file a notice of appearance no later than October 8, 2014. To the extent Mr. Blood seeks to proceed *pro se*, he must file a notice so stating no later than October 8, 2014. <u>There will be no further extensions granted</u>. The failure to comply with this order may result in sanctions, up to and including case-dispositive sanctions.

IT IS SO ORDERED.

DATED: October 1, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge