# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, | Case No. 2:14-cv-00108-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AERO II AVIATION, INC., et al., | |
| Defendant(s). | |

On October 1, 2014, the Court ordered the new attorney for Defendants Aero II Aviation and George Blood to file a notice of appearance by October 8, 2014. *See* Docket No. 89. To the extent Mr. Blood sought to proceed *pro se*, he was ordered to file a notice so indicating by October 8, 2014. *Id.* New counsel for Aero II Aviation has filed a notice of appearance. *See* Docket No. 90. No notice has been filed by or on Mr. Blood's behalf indicating that he is being represented by new counsel or is proceeding *pro se*. Accordingly, Mr. Blood is again **ORDERED** to file, no later than October 13, 2014, either a notice that he intends to proceed *pro se* or a notice that counsel is representing him. The failure to comply with this order will result in the issuance of an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED: October 9, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge