# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00108-JCM-NJK |
| vs. | ) ORDER GRANTING MOTION FOR |
| AERO II AVIATION, INC., et al., | ) MORE DEFINITE STATEMENT |
| Defendant(s). | ) (Docket No. 97) |

Pending before the Court is Plaintiff's motion for a more definite statement, filed on December 1, 2014. Docket No. 97. That motion argues that, *inter alia*, the answer filed by Defendant George Blood is so lacking in clarity that Plaintiff cannot discern whether the answer is attempting to raise affirmative defenses and/or counterclaims. *See id.* To date, Mr. Blood has failed to file a response. Accordingly, the motion for a more definite statement is hereby GRANTED as unopposed. *See* Local Rule 7-2(d). Mr. Blood is ORDERED to file, no later than January 12, 2015, an answer that complies with the applicable rules. The failure to comply with this order may result in the Court striking Mr. Blood's pleading and granting other appropriate relief. *See* Fed. R. Civ. P. 12(e).

IT IS SO ORDERED.

DATED: January 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge