AERO II AVIATION, INC, ETAL
30 Old Manor Road
Newark, DE 19711
Tel: (267)439-5817
gwb@aeroiiaviation.com

George W. Blood, Representative
for Aero II Aviation, Inc.



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, A Nevada limited liability company, | ) Case No. 2-14-cv-00108-JCM-NJK ) ) |
| Plaintiff, | ) |
| vs. | ) **STIPLATION AND ORDER** |
| | ) **FOR DEFENDANT AERO II** |
| AERO II AVIATION, INC., a Delaware Corporation; GEORGE W. BLOOD, an individual; STEPHEN L. CRITTENDEN, an individual; DOES 1-20, inclusive; and ROES 1-20, | ) **AVIATION, INC. TO EXTEND** ) **TIME TO RETAIN A NEW** ) **COUNSEL OF RECORD** ) ) ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO RETAIN NEW COUNSEL**

COMES NOW, Defendants, Aero II Aviation, Inc. and George W. Blood move the Court to extend the time to retain new counsel of record to represent them in this matter.

**1. Introduction.**

On, February 6, 2015, Greene Infuso, LLP filed a motion to withdraw as attorney of record for Defendants Aero II Aviation, Inc, (Docket 105). On February 20, 2015, Magistrate Judge Nancy J. Koppe issued an Order (Docket 108) GRANTING counsels motion to withdraw and VACATED the hearing date set on the motion on February 25,

-1-

2015, and further ORDERED Defendant Aero II Aviation, Inc. to retain counsel and have that new counsel file a notice of appearance no later than March 13, 2015.

George W. Blood, as the representative for Aero II Aviation, Inc. (Aero), respectively requests that the Court extend the time to no later than March 20, 2015 for Aero to retain new counsel and have the new counsel file a notice of appearance with the Court.

Defendant Aero needs the additional time to retain new council, bring the council current and makes this request as a matter of justice and fair play,.

Plaintiff will not file objection and concurs to the requested extension of time for Defendant Aero to retain new counsel. There is nothing pending before the Court at this time and ongoing discovery is timely continuing between parties.

**2. Conclusion.**

For the foregoing reasons, Defendants Aero II Aviation, Inc. respectfully requests that the Court grant its motion for additional time to retain new counsel, and also any additional relief that may be necessary.

DATED this 12th day of March 2015

                             Respectfully Submitted By:

                             **DEFENDANT AERO II AVIATION, Inc.**

                             */s/ George W. Blood*
                             George W. Blood, as Representative for
                             Aero II Aviation, Inc.

# ORDER

**IT IS ORDERED** that Defendant Aero II Aviation, Inc. request for an extension of time from <u>March 13, 2015</u> to <u>March 20, 2015</u> to retain new counsel and have that new counsel file a notice of appearance is GRANTED.

**IT IS SO ORDERED**

Dated: March _18_, 2015

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I Defendant George Blood, personally and as Representative for Aero II Aviation, Inc., that on this 12th. day of March, 2015, I caused the above and foregoing document entitled

**DEFENDANTS MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RETAIN NEW ATTORNEY OF RECORD FOR AERO II AVIATION, INC.,**

to be served by:

the parties listed below at the address and email indicated below:

[x] by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid; and

[x] to be served via email.

| | |
|---|---|
| Joseph R. Ganley (5643) | Ismail Amin, Esq. |
| Jacob A. Reynolds (10199) | Lawrence Kulp, Esq. |
| Brandon J. Trout (13411) | Arpa Avanessian, Esq. |
| HUTCHISON & STEFFEN, LLC | The Amin Law Group, NV. Ltd. |
| Peccole Professional Park | 3960 Howard Hughes Parkway, |
| 10080 West Alta Drive, Suite 200 | Ste. 500 |
| Las Vegas, NV 89145 | Las Vegas, NV 89169 |
| Tel: (702) 385-2500 | iamin@aminlawgroup.com |
| Tel: (702) 385-2086 | lkulp@aminlawgroup.com |
| jganley@hutchlegal.com | Ph: (702) 990-3583 |
| jreynolds@hutchlegal.com | Fax: (702) 990-3501 |
| btrout@hutchlegal.com | |
| | |
| Attorney for Defendant Crittenden | Attorney for Plaintiff |

Michael V. Infuso, Esq.
Zachary P. Takos, Esq.
3030 South Jones Blvd, Suite 101
Las Vegas, Nevada 89146
minfuso@infusogreene.com

Former Attorney for
Aero II Aviation, Inc.

**DEFENDANT AERO II AVIATION, INC.**

*George Blood*
George W. Blood, as Representative for
Aero II Aviation, Inc.