UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| CC.MEXICANO.US, LLC, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00108-JCM-NJK |
| vs. | ) ORDER |
| AERO II AVIATION, INC., et al., | ) |
| Defendant(s). | ) (Docket Nos. 119, 128) |

Pending before the Court is Defendant Crittenden's attorneys' motion to withdraw as counsel. Docket No. 119. Plaintiff filed a notice of non-opposition. Docket No. 125. Defendant Crittenden filed a response. Docket No. 127. Also pending before the Court is Defendant Crittenden's emergency motion to continue the hearing set on the motion to withdraw. *See* Docket No. 128. The Court finds the motion to withdraw properly decided without oral argument. *See* Local Rule 78-2. Accordingly, the hearing on the motion to withdraw is hereby **VACATED** and the emergency motion to continue is hereby **DENIED** as moot (Docket No. 128).[1]

For good cause shown, the Court also **GRANTS** the motion to withdraw as counsel (Docket No. 119). The Clerk's Office is **INSTRUCTED** to update the docket with Defendant Crittenden's last known address. *See* Docket No. 119 at 5. Defendant Crittenden is further **ORDERED** to file, no later

---

[1] The hearing remains on calendar as it relates to Mr. Crittenden's co-defendants Aero II Aviation and George Blood. *See* Docket No. 126 (continuing order to show cause hearing to April 30, 2015 at 3:00 p.m.).

than May 27, 2015, either a notice of his intent to proceed *pro se* or a notice of newly retained counsel's appearance. The Court further reminds Defendant Crittenden that litigants proceeding *pro se* must comply with the rules of the Court and all Court orders. The failure to do so may result in the imposition of sanctions, up to and including case-dispositive sanctions.

Lastly, the Court had previously vacated Defendant Crittenden's deadline to respond to the pending motion to compel. *See* Docket No. 123; *see also* Docket No. 115 (motion to compel). The Court hereby **ORDERS** that Defendant Crittenden must respond to the motion to compel no later than June 10, 2015. Failure to file a response may be construed as a consent to the granting of the motion to compel. *See* Local Rule 7-2(d).

IT IS SO ORDERED.

DATED: April 27, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2