# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00108-JCM-NJK |
| vs. | ) ORDER |
| AERO II AVIATION, INC., et al., | ) |
| Defendant(s). | ) (Docket Nos. 113, 114) |

Pending before the Court are Plaintiff's motions to compel directed to Defendants Aero II Aviation, Inc. and George Blood. Docket Nos. 113, 114. At the hearing held on April 21, 2015, Plaintiff's counsel mentioned that some of the disputes raised in those motions may have been mooted through further discovery, including Mr. Blood's deposition. *See* Hearing Recording (4/21/2015) at 10:09-10:10 a.m. In light of that representation, the Court hereby **DENIES** the motions to compel at Docket Nos. 113 and 114 without prejudice.

Counsel shall confer regarding the current status of discovery and, to the extent a dispute remains, Plaintiff may file a renewed motion to compel.

IT IS SO ORDERED.

DATED: May 14, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge