# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cv-00108-JCM-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| AERO II AVIATION, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Pending before the Court is Defendant Crittenden's unsigned response to the motion to compel. Docket No. 138. "Every pleading, written motion, or other paper must be signed . . . by a party personally if the party is unrepresented." Fed. Rule Civ. P. 11(a). Accordingly, Mr. Crittenden is hereby ORDERED to file a signed version of that response no later than June 19, 2015. Failure to do so will result in the Court striking the current response and deeming the motion to compel unopposed. *See* Local Rule 7-2(d).

IT IS SO ORDERED.

DATED: June 12, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge