# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, | Case No. 2:14-cv-00108-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 140) |
| AERO II AVIATION, INC., et al., | |
| Defendant(s). | |

Pending before the Court is the motion to reopen discovery filed by Defendants Aero II Aviation and George Blood. Docket No. 140. Plaintiff filed a response in opposition. Docket No. 141. The deadline to file a reply was July 2, 2015, but to date none has been filed. The Court hereby **SETS** this motion for hearing at 2:00 p.m. on July 10, 2015, in Courtroom 3B.

IT IS SO ORDERED.

DATED: July 7, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge