UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, | Case No. 2:14-cv-00108-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AERO II AVIATION, INC., et al., | (Docket No. 140) |
| Defendant(s). | |

Pending before the Court is the motion to reopen discovery filed by Defendants Aero II Aviation and George Blood. Docket No. 140. Plaintiff filed a response in opposition. Docket No. 141. On July 7, 2015, Defendants filed a status report indicating that the parties were themselves seeking to resolve certain discovery issues and further seeking deferral of a decision on the pending motion to reopen discovery. Docket No. 146 at 2. In light of that status report, the Court hereby **DENIES** without prejudice the motion to reopen discovery. The hearing set for July 10, 2015 is therefore **VACATED**.

Unless otherwise ordered by the Court, the parties shall file the joint proposed pretrial order no later than September 15, 2015.

IT IS SO ORDERED.

DATED: July 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge