GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
Attorneys for Defendants
Aero II Aviation, Inc. and George W. Blood

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CC. MEXICANO US, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AERO II AVIATION, INC., a Delaware limited liability company; GEORGE W. BLOOD, an individual; STEPHEN L. CRITTENDEN, an individual; DOES 1-20, inclusive; and ROES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:14-cv-00108-JCM-NJK<br><br>**STIPULATION AND ORDER EXTEND DEADLINE TO FILE JOINT PROPOSED PRE-TRIAL ORDER** |

　　　　Pursuant to Local Rule 26-4, Defendants Aero II Aviation, Inc. and George W. Blood (collectively, the "Defendants"), by and through their counsel, and Plaintiff CC. Mexicano US, LLC ("Plaintiff" and collectively, "the Parties") hereby stipulate to extend the deadline for filing the Parties' Joint Proposed Pre-Trial Order discovery deadline from September 15, 2015.

　　　　As reflected in its Order of July 8, 2015 (Dkt. #148), the Defendants filed a Status Report on July 7, 2015 (Dkt. #146) stating that the parties were themselves seeking to resolve certain discovery issues raised on May 13, 2015, when George Blood, then appearing pro se, filed a motion to compel responses to written discovery requests served in late 2014. (Dkt. #131) Plaintiff had also raised issues as to Defendants' discovery responses, on June 19, 2015, when Mr. Kulp sent a letter following up the June 18th call. In that letter, Mr. Kulp pointed out alleged deficiencies in Mr. Blood's and Aero's discovery responses dating back to the summer of 2014. The Status Report also requested that the Court defer a ruling on the pending motion to reopen

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

1  discovery. In its July 8, 2015 Order, the Court, in light of the Status Report, vacated the July 10,
2  2015 hearing on the motion to reopen discovery and set September 15, 2015, as the deadline for
3  a joint pretrial order, "unless otherwise ordered by the Court." (Dkt. #148)

4  Subsequently, the parties endeavored to resolve their disputes, as exemplified by the
5  Stipulation and Protective Order, entered August 14, 2015 (Dkt. #152; see also Order, entered
6  August 14, 2015, Dkt. # 153). While some discovery issues remain, and may require a motion to
7  compel, the majority of issues have been resolved and substantial additional interrogatory and
8  documentary evidence has been produced. The information gleaned from this process has lead
9  Defendants to the conclusion that discovery must be reopened. While Plaintiff does not agree
10 with that conclusion, it has agreed to extend the deadline to file the proposed Joint Pretrial Order,
11 in order to allow time for briefing and a decision on the a renewed motion to reopen discovery.

12 THERFORE, the parties, through the undersigned counsel, hereby stipulate to extend the
13 deadline for filing a joint pretrial order from September 15, 2015, to a date determined by the
14 Court upon ruling a renewed motion by Defendants to reopen discovery, and they hereby
15 stipulate that Defendants must filed a renewed motion to reopen discovery by September 30,
16 2015.

Dated: this 15th day of September, 2015.                Dated: this 15th day of September, 2015.

GARMAN TURNER GORDON LLP                THE AMIN LAW GROUP

/s/ Eric R. Olsen                                       /s/ Lawrence Kulp, Esq.
ERIC R. OLSEN                                           Ismail Amin, Esq.
Nevada Bar No. 3127                                     Lawrence Kulp, Esq.
650 White Drive, Suite 100                              The Amin Law Group
Las Vegas, Nevada 89119                                 3960 Howard Hughes Parkway
Tel: (725) 777-3000                                     Fifth Floor
Fax: (725) 777-3112                                     Las Vegas, Nevada 89169
Attorneys for Defendants                                Attorneys for Plaintiffs
Aero II Aviation, Inc. and George W. Blood              CC. Mexicano US, LLC,

IT IS HEREBY ORDERED   Dated: September 18_____, 2015.

_____
United States Magistrate Judge

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

2 of 3