# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC,<br><br>        Plaintiff(s),<br><br>vs.<br><br>AERO II AVIATION, INC., et al.,<br><br>        Defendant(s). | Case No. 2:14-cv-00108-JCM-NJK<br><br>ORDER<br><br>(Docket No. 156) |

Pending before the Court is a further request to extend deadlines. Docket No. 156. As an initial matter, the caption of the motion fails to state the number of previous extension requests. *Compare id.* at 1 *with* Local Rule 6-1(b). The pending motion also incorporates by reference arguments made in a previous motion to extend. *See* Docket No. 156 at 4 (purporting to incorporate by reference arguments made in Docket No. 140). The Court denied that previous motion based on the representations that the discovery issues underlying it were changing as the parties sought to resolve them. *See* Docket No. 148. The Court will not rely on incorporated arguments that appear to be out-of-date.

Accordingly, the pending motion to extend is hereby **DENIED** without prejudice. It may be refiled no later than October 2, 2015. Any refiled motion must be complete in itself and must comply with all applicable rules. Any response to the refiled motion must be filed no later than October 9, 2015, and any reply must be filed no later than October 13, 2015.

IT IS SO ORDERED.

DATED: October 1, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge