# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, | Case No. 2:14-cv-00108-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AERO II AVIATION, INC., et al., | |
| Defendant(s). | |

On February 11, 2016, United States District Judge James C. Mahan referred this case to the undersigned to set a settlement conference. Docket No. 181. Also on February 11, 2016, the undersigned ordered the parties to submit confidential settlement statements no later than April 11, 2016, and to appear for a settlement conference on April 18, 2016. Docket No. 183. That order warned that "**FAILURE TO COMPLY WITH THE REQUIREMENTS SET FORTH IN THIS ORDER WILL SUBJECT THE NON-COMPLIANT PARTY AND/OR COUNSEL TO SANCTIONS**." *Id.* at 3. Because Defendant Stephen Crittenden failed to timely submit a settlement statement, the Court again ordered that he do so no later than noon on April 14, 2016. Docket No. 186. The Court again warned that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS**." *Id.* Defendant Stephen Crittenden again failed to timely submit a settlement statement.

The Court hereby ORDERS Defendant Stephen Crittenden to submit a settlement statement by no later than 3:00 p.m. on April 15, 2016. The Court further reminds Defendant Stephen Crittenden that

he is required to appear for a settlement conference at 9:30 a.m. on April 18, 2016.  **FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF <u>CASE-DISPOSITIVE</u> SANCTIONS.**

IT IS SO ORDERED.

DATED: April 14, 2016

_____
Nancy J. Koppe
United States Magistrate Judge