ISMAIL AMIN, ESQ. (NV Bar No. 9343)
iamin@aminlawgroup.com
LAWRENCE KULP, ESQ. (NV Bar No. 7411)
lkulp@aminlawgroup.com
**THE AMIN LAW GROUP, NV., LTD.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:    (702) 990-3583
Facsimile:    (702) 990-3501
*Attorneys for Plaintiff, CC.MEXICANO.US, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, a Nevada limited liability company, <br> Plaintiff, <br><br> vs. <br><br> AERO II AVIATION, INC., a Delaware Corporation; GEORGE W. BLOOD, an individual; STEPHEN L. CRITTENDEN, an individual; DOES 1-20, inclusive; and ROE ENTITIES 1-20, inclusive, | Case No. 2-14-v-00108-JCM-NJK <br><br> **AMENDED STIPULATION AND ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiff, CC.MEXICANO.US, LLC ("Plaintiff"), by and through its counsel of record, THE AMIN LAW GROUP NV, LTD, and Defendants, AERO II AVIATION, INC., and GEORGE W. BLOOD (Collectively, "Settling Defendants") by and through their counsel of record, GARMAN TURNER GORDON, LLP, and hereby STIPULATE AND AGREE to the following:

(1) That the above-captioned matter shall be dismissed, with prejudice, only as to the above-named Settling Defendants, each party to bear its own attorney's fees and costs.

The Amin Law Group, NV.,Ltd.
3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501

(2) That Co-Defendant Stephen Crittenden did not participate in the Settlement Conference between Plaintiff and Settling Defendants and is not a party to this dismissal.

(3) That this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between Plaintiff and Settling Defendants, entered into May 16, 2016.

(4) That this Court shall retain jurisdiction to enforce any subsequent settlement agreement between Plaintiff and Defendant Stephen Crittenden.

**THE AMIN LAW GROUP NV, LTD**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

DATED this <u>16th</u> day of May, 2016.

By: */s/ Ismail Amin, Esq.*
      Ismail Amin, Esq. (NV Bar No. 9343)
      Lawrence Kulp, Esq. (NV Bar No. 7411)

*Attorneys for Plaintiff*
*CC.Mexicano.US, LLC*

**GARMAN TURNER GORDON LLP**
7674 West Lake Mead Blvd., Suite 108
Las Vegas, Nevada 89128

DATED this <u>16th</u> day of May, 2016.

By: */s/ Eric R. Olsen, Esq.*
      Eric R. Olsen, Esq. (NV Bar No. 3127)

*Attorneys for Defendants Aero II Aviation, Inc. and George W. Blood*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 17, 2016
_____

The Amin Law Group, NV., Ltd.
3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501