**THE AMIN LAW GROUP, NV. LTD.**
ISMAIL AMIN, ESQ. (NV Bar No. 9343)
LAWRENCE KULP, ESQ. (NV Bar No. 7411)
BREANE P. STRYKER, ESQ. (NV Bar No. 13594)
3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, Nevada 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501

*Attorneys for Plaintiff CC.MEXICANO.US, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CC.MEXICANO.US, LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>vs.<br><br>AERO II AVIATION, INC., a Delaware corporation; GEORGE W. BLOOD, an individual; STEPHEN L. CRITTENDEN, an individual; DOES 1-20 inclusive; and ROE ENTITIES 1-10,<br><br>Defendants | Case No. 2:14-cv-00108-JCM-NJK<br><br>**STIPULATION AND ORDER FOR JUDGMENT** |

COME NOW, Plaintiff CC.MEXICANO.US, LLC ("Plaintiff"), by and through its counsel of record, ISMAIL AMIN, ESQ., of THE AMIN LAW GROUP, NV. LTD; and Defendants, AERO II AVIATION, INC. and GEORGE W. BLOOD (collectively "Defendants"), by and through their counsel of record, ERIC OLSEN, of the law firm of GARMAN TURNER GORDON, and hereby STIPULATE AND AGREE to the following:

1. On or about January 22, 2014, Plaintiff sued Defendants, among others, in the United States District Court for the District of Nevada, in an action summarily entitled, *CC*

The Amin Law Group, NV., Ltd.
3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501

The Amin Law Group, NV.Ltd.
3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501

*Mexicano US, LLC v. Aero II Aviation, Inc., George W. Blood, Stephen L. Crittenden, et al*, bearing the Case No. 2:14-cv-00108-JCM-NJK. (Hereinafter, the "Subject Action").

2. Plaintiff filed its First Amended Complaint in the Subject Action on or about April 29, 2014, which is the operative pleading in this matter.

3. On or about April 18, 2016, Plaintiff and Defendants Aero II Aviation, Inc. and George W. Blood (collectively, the "Parties") participated in a settlement conference at which Plaintiff agreed to settle and dismiss with prejudice all claims asserted against Defendants in the Subject Action in exchange for a total of Two Hundred Thousand Dollars ($200,000.00 USD) to be paid to Plaintiff by Defendants Aero II Aviation, Inc. and George W. Blood, and the Parties agreed to execute a Stipulated and [Proposed] Order for Judgment. (Collectively, the "Settlement Consideration.")

4. The terms of the settlement of the Subject Action between Plaintiff and Defendants are specified in a Settlement Agreement, dated ___May 16th___, 2016, hereinafter referred to as the "Agreement."

5. Co-Defendant STEPHEN CRITTENDEN did not participate in the April 18, 2016 settlement conference and is not a party to this Agreement. STEPHEN CRITTENDEN shall be referred to, hereinafter, as "Non-Settling Defendant".

6. The Agreement obligates Defendants to pay Plaintiff, the sum of Two Hundred Thousand Dollars ($200,000.00 USD), in two installments, as outlined in Sections A and B of the Agreement. (The "Obligation".).

7. A "Default" under the Agreement means Defendants' failure to perform any provision of this Agreement, if not cured within ten (10) business days after Plaintiff sends written notice of Defendants' failure to perform to Defendants, at the address indicated at Section W of the Agreement, "Notice." Failure to perform any provision of the

Agreement shall include, but is not limited to, making timely payments pursuant to Sections A & B of the Agreement.

8. Plaintiff's counsel shall retain this Stipulation unfiled unless and until a Default occurs. In the event of a Default, as defined in Paragraph 7., on any of Defendants' obligations under the Agreement, the Agreement authorizes Plaintiff to file this Stipulation and [Proposed] Order for Judgment, without further notice to Defendants.

9. The Obligation is for money due, or to become due, the Obligation is truly owed, and the Obligation is just.

10. As provided in the Agreement, in the event that this Stipulation is filed by Plaintiff, and the Court approves the Stipulation below, **the clerk of the court shall immediately enter judgment, without further action, in favor of CC.Mexicano.US, LLC and against the Defendants, joint in severally, in the amount of Two Hundred Thousand Dollars ($200,000.00 USD), , with the condition that, in the event Defendants have paid a portion of the Obligation by the time this Stipulation and [Proposed] Order for Judgment is filed, an affidavit shall be filed concurrently herewith by Plaintiff, which accounts for those payments and states the reduced judgment amount to be entered.**

It is so STIPULATED AND AGREED this _____ day of May, 2016.

| | |
|---|---|
| **THE AMIN LAW GROUP, NV, LTD.**<br>3960 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169 | **GARMAN TURNER GORDON**<br>7674 West Lake Mead Blvd.<br>Suite 108<br>Las Vegas, NV 89128 |
| By: _____<br>    Ismail Amin, Esq. (SBN 9343) | By: _____<br>    Eric Olsen, Esq. (SBN 3127) |
| *Attorneys for Plaintiff*<br>*CC.MEXICANO.US, LLC,* | *Attorneys for Defendants AERO II*<br>*AVIATION, INC. and GEORGE W.BLOOD* |

The Amin Law Group, NV.,Ltd.
3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, NV 89169
Phone:(702) 990-3583 / Fax:(702) 990-3501

## <u>ORDER FOR JUDGMENT</u>

Based on the foregoing Stipulation:

**IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that an Order of Judgment in favor of Plaintiff be entered forthwith, obligating Defendants in the amount of Two Hundred Thousand Dollars ($200,000.00 USD), less any payments received to date, plus all interest allowable under the law.

DATED September 8, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**THE AMIN LAW GROUP, NV, LTD.**

_____
Ismail Amin, Esq. (NV Bar No. 9343)
Lawrence Kulp, Esq. (NV Bar No. 7411)
Breane P. Stryker, Esq. (NV Bar No. 13594)
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501

*Attorneys for Plaintiff CC.MEXICANO.US, LLC, a Nevada limited liability company.*

The Amin Law Group, NV, Ltd.
3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th of September 2016, I served a true and correct copy of: **STIPULATION AND [PROPOSED] ORDER FOR JUDGMENT** by:

 _X_  serving the following parties via CM/ECF;

___ serving the following parties via e-mail;

___ serving the following parties via facsimile;

___ depositing a copy of same in the United States Mail, postage fully prepaid, and addressed to the following:

Steven L. Crittenden
11861 Cardinal Circle
Suite H
Garden Grove, CA 92843
Email: Slc4613@gmail.com
*In Pro Per*

Eric Olsen
**GARMAN TURNER GORDON**
650 White Drive, Suite 100
Las Vegas, NV 89119
Email: eolsen@gtg.legal
*Counsel for Defendants Aero II Aviation, Inc. and George W. Blood*


*/s/ Sylvia Mejia*_____
Sylvia Mejia
An Employee of THE AMIN LAW GROUP NV, LTD.

The Amin Law Group NV, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501